## ATTACHMENT A

## DEVICE TO BE SEARCHED

A **SanDisk, Image Mate Pro, 128 GB micro-SD card**, which is pictured below and is currently located at 161 Ottawa Avenue NW, Suite 107, Grand Rapids, Michigan in the custody of Homeland Security Investigations, Special Agent Thomas A. Schifini:



8