## ATTACHMENT B

### ITEMS TO BE SEIZED

Images, videos, or other visual depictions of residential houses and/or occupants, vehicles, or neighborhoods, which may have been used in furtherance of the conspiracy to commit residential burglaries and interstate transportation of stolen property.

Items or files which would identify the owner or user of the device.